IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

CIVIL ACTION NO. 3:12-cv-159 (WOB-HBG)

O-N Minerals (Luttrell) Company
*D/B/A* Carmeuse Lime & Stone                          PLAINTIFF

VS.                            **JUDGMENT**

Int'l Chemical Workers Union Council,
Local Union 1036-C                                     DEFENDANT

Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** as follows:

**(1)** that the Plaintiff's motion for summary judgment be, and is hereby, **DENIED**

**(2)** that the Defendant's motion for summary judgment be, and is hereby, **GRANTED.**

**(3)** that the Arbitrator's award herein be, and is hereby, **AFFIRMED**, and

**(4)** this matter is **DISMISSED WITH PREJUDICE AND STRICKEN** from the docket of this Court.

This 12th day of September, 2013.


Signed By:
William O. Bertelsman
United States District Judge